United States District Court
Southern District of Texas
**ENTERED**
June 04, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO. C-18-311** |
| | § | |
| GERARDO ESPINOSA | § | |

## ORDER ACCEPTING GUILTY PLEA

Now before the Court is the Findings and Recommendation of the United States Magistrate Judge B. Janice Ellington containing her recommendation (1) that this Court adopt her findings that the Defendant's guilty plea in the above-styled and numbered cause was knowingly and voluntarily entered, with a full understanding of the consequences of the plea and the constitutional rights being waived, and that the plea was supported by an adequate basis in fact; (2) that the Court accept the Defendant's guilty plea; and (3) that the Court adjudge the Defendant guilty of the offense charged in Count One of the Indictment. (D.E. 19.)

On May 16, 2018, the Magistrate Judge, by designation and referral of this Court (pursuant to the authority of 28 U.S.C. § 636(b)(3)) and with the consent of the parties, conducted the re-arraignment and guilty plea colloquy of the Defendant, Gerardo Espinosa. The Indictment charged the Defendant with having committed the following offense:

> On or about March 30, 2018, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

> GERARDO ESPINOSA,

> did knowingly and in reckless disregard of the fact that Ervin Aron Lux-Quinillo was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States

in furtherance of such violation of law by means of a motor
vehicle.
In violation of Title 8, United States Code Sections
1324(a)(l)(A)(ii), 1324(a)(l)(A)(v)(II), and 1324(a)(l)(B)(ii).

(D.E. 11.)  After being placed under oath and advised of the charge against him, as well as his

right to a jury trial and the consequences of entering a plea of guilty, the Defendant entered a

plea of guilty to Count One of the Indictment.

More than fourteen days have passed since the parties were served with the Magistrate

Judge's Findings and Recommendation, and no party has filed objections.  The Court regards

such omission as the parties' agreement with and acceptance of the Magistrate Judge's findings.

When no timely objection to a magistrate judge's findings and recommendation is filed, the

district court need only satisfy itself that there is no clear error on the face of the record and

accept the magistrate judge's findings and recommendation. *Guillory v. PPG Industries, Inc.*,

434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415,

1420 (5th Cir. 1996)); *United States v. Rivas*, 85 F.3d 193, 194 (5th Cir. 1996).

In the case at hand, the Court is of the opinion that the Magistrate Judge's Findings and

Recommendation is supported by the record and that there is no clear error.  Furthermore, the

Court finds that the Defendant, Gerardo Espinosa, is fully competent and capable of entering an

informed plea; that he is aware of the nature of the charge made against him, the consequences of

his plea, and the nature of the constitutional rights that he is waiving; that his plea of guilty is a

knowing and voluntary plea that did not result from force, threats, or promises (other than

promises in a plea agreement); and that it is supported by an independent basis in fact containing

each of the essential elements of the offense with which he is charged.

**THEREFORE**, the Court **ADOPTS** the Magistrate Judge's findings as its own, **ACCEPTS** Defendant's plea of guilty, and **ADJUDGES** the Defendant, Gerardo Espinosa, guilty as charged in Count One of the Indictment.

**ORDERED** this ___3___ day of June 2018.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

3